IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **NICOLE GUERRERO,** § <br> §<br> Plaintiff, §<br> §<br> v. §<br> §<br> **WICHITA COUNTY, TEXAS et al,** §<br> §<br> Defendants. § | Civil Action No. 7:14-cv-00058-O |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss LaDonna Anderson (ECF No. 55), filed December 7, 2015. On November 6, 2015, the parties indicated that this matter has settled. *See* Alt. Dispute Resolution Summ., ECF No. 53. The Court ordered that appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion—be filed in this case on or before December 9, 2015. *See* Order, Nov. 9, 2015, ECF No. 54. Plaintiff's motion fails to comply with Rule 41(a)(1)(A)(ii) or otherwise demonstrate that the motion is agreed. The Court again **ORDERS** that Plaintiff supplement or amend her motion to indicate whether it is opposed or not and the parties remain obligated to provide the appropriate dismissal papers on or before **December 9, 2015**.

**SO ORDERED** on this **8th day** of **December, 2015**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE