IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **NICOLE GUERRERO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CASE NO. 7:14-CV-58-O |
| § | |
| **WICHITA COUNTY, TEXAS** § | |
| **SHERIFF DAVID DUKE** § | |
| **CORRECTIONAL HEALTHCARE** § | |
| **MANAGEMENT, INC., & LADONNA** § | |
| **ANDERSON** § | |
| § | |
| Defendants. § | |

## AGREED MOTION TO DISMISS LADONNA ANDERSON

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes Plaintiff Nicole Guerrero and Defendants Wichita County, Sheriff David Duke, Correctional Healthcare Management, Inc., and Ladonna Anderson, (Collectively "Parties") and files this Agreed Motion to Dismiss Defendant LaDonna Anderson as follows:

I.

Plaintiff has settled the above pending lawsuit against all Defendants, except Nurse LaDonna Anderson, LVN. However, Plaintiff no longer desires to pursue any claim or cause of action against Defendant Anderson and all parties, by and through their respective counsel agree to this motion that Defendant Anderson should be dismissed with prejudice.

Therefore, Plaintiff, with the agreement with the Defendants, requests that the Court grant her Motion and enter an Order of Dismissal with Prejudice as to LaDonna Anderson.

Respectfully submitted,

By: /s/ *Rickey G. Bunch*

        Rickey G. Bunch
        Bar No. 00792381
        2110 Hiawatha Blvd.
        Wichita Falls, Texas 76309
        Telephone:  (940) 322-6611
        Facsimile:  (212) 954-5533
        rickbunch@sw.rr.com

AGREED TO:

D. D'Lyn Davison
dlyndavison@sbcglobal.net
Davison Rugeley, L.L.P.
Suite 1102, Hamilton Building
900 Eighth Street
P. O. Drawer 99
Wichita Falls, TX 76307
and
Meredith L. Kennedy
mkennedy@co.wichita.tx.us
Civil Chief, Assistant District Attorney
Wichita County, Texas
900 Seventh Street
Wichita Falls, TX 76301
    *Attorneys for Defendants Wichita County*
    *and Sheriff David Duke*

Vernon L. Krueger                                Vernon@kbbllp.com
Krueger, Bell & Bailey, LLP
1701 North Market Street, Suite 318, LB 45
Dallas, TX 75202
    *Attorney for Defendant*
    *Correctional Health Management, Inc.*

C. Timothy Reynolds
Steed Dunnill Reynolds Murphy Lamberth LLP
1010 West Ralph Hall Parkway, Suite 200
Rockwall, TX 75032
    *Attorney for Defendant LaDonna Anderson*


CERTIFICATE OF SERVICE

    I certify that on December 9, 2015, I filed the foregoing document electronically with the Clerk of the United States Court of the Northern District of Texas.  The Court's ECF system will

automatically generate and send by e-mail a Notice of Docket Activity to all registered attorneys currently participating in this case, constituting service on those attorneys.

                                                                  */s/ Rickey G. Bunch*
                                                                  Rickey G. Bunch