IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **NICOLE GUERRERO,** § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 7:14-cv-00058-O |
| v. § | |
| § | |
| **WICHITA COUNTY, TEXAS et al.,** § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is the parties' Agreed Motion to Dismiss LaDonna Anderson (ECF No. 57), filed on December 9, 2015. As Plaintiff has settled with all other parties, Plaintiff moves to dismiss Defendant LaDonna Anderson ("Anderson") with prejudice. Having considered the unopposed motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Anderson is **DISMISSED with prejudice**. It is further **ORDERED** that each party will bear its own costs of court.

**SO ORDERED** on this **10th** day of **December, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE